UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| GLEN ALEBORD, | * |  |
|---|---|---|
| Petitioner, | * |  |
| v. | * | Civil Action No. 14-cv-10493-IT |
| LISA MITCHELL, | * |  |
| Respondent. | * |  |

ORDER

January 6, 2015

TALWANI, D.J.

Petitioner filed the instant petition for a writ of habeas corpus on March 4, 2014. The court denied Respondent's motion to dismiss for failure to exhaust state court remedies, and on December 2, 2014, Respondent answered the petition. The court now sets the following schedule for briefing on the petition: Petitioner shall file a memorandum in support of his petition by March 6, 2015, and Respondent shall file a memorandum in opposition to the petition by May 6, 2015.

As for Petitioner's Motion for Appointment of Counsel [#4], the court notes that a party to a civil proceeding generally lacks a constitutional right to free counsel.[1] Nevertheless, this court has authority to appoint an attorney for an eligible individual seeking habeas relief under 28 U.S.C. § 2254 if "the interests of justice so require."[2] In making the determination whether to

---

[1] See DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991); Cookish v. Cunningham, 787 F.2d 1, 2 (1st Cir. 1986).

[2] 18 U.S.C. § 3006A(a)(2)(B).

appoint counsel, a court must consider the totality of the circumstances, focusing on the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself.[3]

In light of these factors, the court hereby denies Petitioner's motion without prejudice until it has had an opportunity to review the petition and the parties' submissions and further determines whether granting counsel is appropriate in this case.

IT IS SO ORDERED.


Date: January 6, 2015 /s/ Indira Talwani
United States District Judge

---

[3] See DesRosiers, 949 F.2d at 24; Cookish, 787 F.2d at 3.